**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _W_ D.C.
DEC - 5 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE SHELBY HIGHSMITH, PRESIDING

Case No. _97-761-CR-SH_     Date _12-5-97_
Clerk _Heidi_            Reporter _Wathen_
USPO _no_                Interpreter _no_

UNITED STATES OF AMERICA v. _Tempran & Gonzalez_

AUSA _Mickey_            Defense Counsel _Robert & Heller_

Defendant(s): Present _✓_   Not Present _✓_   In Custody ____
Reason for Hearing: _Calendar call_

Result of Hearing: _____

Case Continued to: _12/8/___  Time _1:04_  For _Motion Hearing_

Misc.: _____

41