```
 1          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION     99 MAY -7  AM II: 30

 3

 4    UNITED STATES OF AMERICA    )    CASE NO. 97-761-CR-SH
                                  )    Miami, Florida
 5                                )    July 31, 1998
                                  )    12:10 o'clock, p.m.
 6              vs.               )
                                  )
 7                                )
      SERGIO TEMPRANO,            )
 8                                )
                Defendant.        )
 9    _____)

10

11

12          TRANSCRIPT OF CHANGE OF PLEA HEARING
         BEFORE THE HONORABLE SHELBY HIGHSMITH,
13            UNITED STATES DISTRICT JUDGE

14

15    APPEARANCES:

16    For The Government:    Aloyma Sanchez, Esq.
                             Assistant U.S. Attorney
17                           Miami, Florida

18    For The Defendant:     Joel Robrish, Esq.
                             Attorney-At-Law
19                           Miami, Florida

20
      Court Reporter:        Roger Watford, RPR/CM.
21                           Official Court Reporter
                             Miami, Florida
22

23

24

25
```

THIS VOLUME:

Pages  1  -  13